IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| RICKY MOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 619-100 |
| | ) | |
| DR. HAROLD CARAVIVELLO; | ) | |
| DR. ISKION; MARTY ALLEN; | ) | |
| and AARON PINEIRO, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On November 4, 2019, the Court granted Plaintiff, an inmate at Georgia Diagnostic Classification Prison, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.)  Plaintiff has not returned either form, but he did write a letter to the Clerk of Court complaining that prison officials will not return the Trust Fund Account Statement he provided to them.  (See doc. no. 4.)  He has no explanation for why he has not returned the Consent to Collection of Fees form, a document that requires no input from any prison official.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002).  Plaintiff shall have until December 23, 2019, to submit the required Prisoner Trust Fund Account Statement signed by

an authorized prison official and a Consent to Collection of Fees form signed by him. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement, along with the Consent to Collection of Fees form, to the Court by no later than December 23, 2019.

SO ORDERED this 9th day of December, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA