IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICKY MOSLEY,

    Plaintiff,

v.

DR. HAROLD CARAVIVELLO;
DR. ISKION; MARTY ALLEN; and
AARON PINEIRO,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-100

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Plaintiff filed objections, (doc. 14).

The Court finds Plaintiff's objections unavailing. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **DISMISSES** Defendants Allen and Pineiro. The Court **DIRECTS** the **CLERK** to terminate these Defendants on the docket. The case will proceed against Defendants Caravivello and Iskion.

**SO ORDERED**, this 18th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA