IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICKY MOSLEY,

    Plaintiff,

v.

HAROLD CARAVIELLO, Physicians' Assistant, and DR. ISKION,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-100

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 24), to which Plaintiff filed objections, (doc. 26).

The Court finds Plaintiff's objections unavailing. The Court informed Plaintiff on multiple occasions he was responsible for providing identifying information to the United States Marshal to effect service, and the Court instructed the Marshal to make multiple service inquiries based on the information provided by Plaintiff. (See docs. 10, 23.) Upon recommendation of dismissal, Plaintiff now asserts Dr. Iskion's name is listed in his medical records, (doc. 26), but he does not give any indication he has attempted to ascertain a different name for this Defendant by using discovery tools which have been available to him since May 19, 2020. (See doc. 20.) Nor did Plaintiff respond to the Court's show cause order regarding service on Defendant Iskion, (doc. 23), let alone suggest he was attempting to obtain information about a different name for this Defendant.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **DISMISSES** Defendant

Iskion, and all of Plaintiff's claims against him, without prejudice. The Court **DIRECTS** the **CLERK** to terminate this Defendant on the docket. The case will proceed against Defendant Caraviello.

    **SO ORDERED**, this 4th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA