**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

RICKY MOSLEY,

        Plaintiff,

        v.

HAROLD CARAVIELLO, Physicians'
Assistant,

        Defendant.

CIVIL ACTION NO.: 6:19-cv-100

## O R D E R

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 39). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's motion for summary judgment, (doc. 31), and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the **CLERK** to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 30th day of April, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA